WILLIAM BOTWINIK et al., Appellants, v. LOUIS DLUGACZ et al., Defendants and SYLVIA FRUCHTER et al., Respondents.— No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Bastow, *JJ.*

In the Matter of GARMENT TEXTILE BUSINESS SERVICE CORP., Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Bastow, *JJ.*

BERNARD RICKLES, Appellant, v. DAVID HOCHBERG et al., Doing Business as NEW YORKER FLEET, Respondents.— opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Bastow, *JJ.*

JAMES TALCOTT, INC., Respondent, v. J. J. DELANEY CARPET CO., INC., Appellant.— No opinion. Concur — Botein, P. J., Rabin, Stevens and Bastow, *JJ.*

RICHARD J. O'CONNELL, JR., et al., v. PIERTON REALTY INC. et al.— Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, *JJ.*

In the Matter of the Arbitration between GRAYSON-ROBINSON STORES, INC., et al., and IRIS CONSTRUCTION CORP.— Concur — Botein, P. J., Breitel, Eager and Noonan, *JJ.*

JAMES M. EVANS, JR., v. WASHINGTON CORP. et al.— Concur — Botein, P. J., McNally, Stevens, Steuer and Noonan, *JJ.*

WENDELL BUCKLEY V. DOROTHY ALT et al., as Executors of MANNIE ALT, Deceased, et al.— Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, *JJ.*

KRATTER CORPORATION v. SAMUEL GRAD.— Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, *JJ.*

THE PEOPLE OF THE STATE OF NEW YORK v. HOWARD JACKSON.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, *JJ.*

THE PEOPLE OF THE STATE OF NEW YORK v. EARNEST BEAL.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, *JJ.*

THE PEOPLE OF THE STATE OF NEW YORK v. SHERROD HOLLEY.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, *JJ.*